USDC KYWD - Notice Of Deficiency (Rev. 1/09)

# United States District Court
# Western District of Kentucky
# at Louisville

## *NOTICE OF DEFICIENCY*

| | |
|---|---|
| **TO:** | MARTHA ASSEFF |
| **CASE #:** | 3:14-cv-493-JHM |
| **STYLE OF CASE:** | JPMorgan Chase Bank, National Association v. Golden Ignot, LLP et al |
| **DOCUMENT TITLE:** | Motion To Withdraw as Attorney |
| **DATE:** | 6/13/2016 |
| **BY:** | Daniel Tierney<br>*DEPUTY CLERK* |

*Please be advised that the recent filing of the above cited document with the Clerk's Office is deficient as indicated below:*

**NO ORDER. Proposed order not submitted with Motion/Response.**
***(LR 7.1(e))***

**YOU ARE GRANTED 14 DAYS FROM THIS DATE TO REMEDY THE DEFICIENCY OR DEFICIENCIES IDENTIFIED ABOVE. FAILURE TO COMPLY WITHIN 14 DAYS, WITHOUT GOOD CAUSE SHOWN, WILL RESULT IN THIS MATTER BEING BROUGHT TO THE ATTENTION OF THE COURT**