**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | | |
|---|---|---|
| JPMorgan Chase, National Association,<br><br>Plaintiff,<br><br>v.<br><br>Golden Ingot, LLP, 321-426 Louisville Leasehold, LLC; Peter Weitz; Greenstone Asset Management, LLC; Inderjit Pangli; GI Louisville, LLC,<br><br>Defendants. | ) | Case No. 3:14-CV-493-M |

**<u>NOTICE OF WITHDRAWAL OF COUNSEL OF MARTHA VAN HOY ASSEFF</u>**

Attorney Martha Van Hoy Asseff, of the law firm Dinsmore & Shohl LLP, who appears as *pro hac vice* co-counsel for Plaintiff JPMorgan Chase Bank, National Association, gives notice that she is withdrawing as counsel for Plaintiff. Ms. Asseff advises the Court that she has resigned her employment with Dinsmore & Shohl LLP and will no longer be affiliated with the firm as of May 31, 2016. Dinsmore & Shohl, LLP and Charles E. Ticknor, III and Anthony M. Zelli will remain as attorneys for Plaintiff.

Respectfully submitted,

/s/ Martha Van Hoy Asseff
Charles E. Ticknor, III (OH 0042559)
Martha Van Hoy Asseff (OH 0078502)
DINSMORE & SHOHL LLP
191 West Nationwide Boulevard, Suite 300
Columbus, Ohio 43215
Phone: (614) 221-8448
Fax: (614) 221-8590
Email: charles.ticknor@dinsmore.com
martha.asseff@dinsmore.com
*Pro hac vice Counsel for Plaintiff JPMorgan Chase Bank, National Association*

and

Anthony M. Zelli
DINSMORE & SHOHL LLP
101 South Fifth Street, Suite 2500
Louisville, Kentucky 40202
(502) 540-2336
(502) 581-8111 (fax)
anthony.zelli@dinsmore.com
*Counsel for Plaintiff JPMorgan Chase Bank, National Association*

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was filed electronically on June 13, 2016. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Martha Van Hoy Asseff
Martha Van Hoy Asseff (OH 0078502)