**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

JPMorgan Chase Bank, National Association

Plaintiff,

v.

Golden Ignot, LLP et al.

Defendants.

Case No. 3:14-CV-493
Chief Judge H. McKinley, Jr.
Magistrate Judge Dave Whalin

# ORDER GRANTING MOTION TO WITHDRAW

This matter came before the Court on the motion to withdraw Martha Van Hoy Asseff as counsel for Plaintiff JPMorgan Chase Bank, National Association.

The Motion being unopposed, and the Court being otherwise sufficiently advised, accordingly,

**IT IS HEREBY ORDERED** that this Court grants the motion and permits Martha Van Hoy Asseff to withdraw as counsel for Plaintiff JPMorgan Chase Bank, National Association.

July 18, 2016

**Dave Whalin, Magistrate Judge**
**United States District Court**