**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

**JPMORGAN CHASE BANK, NATIONAL ASSOCIATION** **PLAINTIFF**

**v.** **CIVIL ACTION NO 3:14CV-493-JHM**

**GOLDEN IGNOT, LLP et al** **DEFENDANTS**

# ORDER

A telephonic status conference was conducted in this matter on November 14, 2016 with Charles E. Ticknor, III participating on behalf of the Plaintiff and Paul C. Downing participating on behalf of the Defendants.

Based on a discussion with counsel, the parties continue settlement negotiations and anticipate resolving all remaining issues by the end of the year. Counsel are directed to file an agreed order of dismissal no later than **January 17, 2017**.

Should the parties fail to reach an agreement as to all claims, a further telephonic status conference will be scheduled before the Magistrate Judge.

Date: November 14, 2016

**ENTERED BY ORDER OF COURT**
**DAVE WHALIN, MAGISTRATE JUDGE**
**UNITED STATES DISTRICT COURT**
**VANESSA L. ARMSTRONG, CLERK**
**By: /s/ *Ashley Henry***
**Deputy Clerk**

Copies to counsel

0|05