**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

**JPMORGAN CHASE BANK, NATIONAL ASSOCIATION** **PLAINTIFF**

**v.** **CIVIL ACTION NO 3:14CV-493-JHM**

**GOLDEN IGNOT, LLP et al** **DEFENDANTS**

# REPORT ON TELEPHONIC STATUS CONFERENCE

A telephonic status conference was conducted in this matter on February 27, 2017 with Charles E. Ticknor, III participating on behalf of the Plaintiff and Paul C. Downing participating on behalf of the Defendants.

Based on a discussion with counsel, the parties are working toward finalizing an agreement for the resolution of all claims. A further telephonic status conference is scheduled for **Monday, April 10, 2017 at 1:45 p.m.** before the Honorable Dave Whalin, United States Magistrate Judge. The Court will initiate the call.

Date: February 27, 2017

**ENTERED BY ORDER OF COURT**
**DAVE WHALIN, MAGISTRATE JUDGE**
**UNITED STATES DISTRICT COURT**
**VANESSA L. ARMSTRONG, CLERK**
**By: /s/ *Theresa L. Burch***
**Deputy Clerk**

Copies to counsel

0|10