# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| JPMorgan Chase Bank, National Association<br><br>    Plaintiff,<br><br>v.<br><br>Golden Ignot, LLP et al.<br><br>    Defendants. | Case No.  3:14-CV-493<br>Chief Judge H. McKinley, Jr.<br>Magistrate Judge Dave Whalin |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff JPMorgan Chase Bank, National Association and Defendants Golden Ignot, LLP, 321-426 Louisville Leasehold, LLC, GI Louisville, LLC, Greenstone Asset Management, LLC, Inderjit Pangli, and Peter Weitz, by and through their respective counsel, hereby notify the Court that all claims asserted by and between the parties in the above-styled action, or which could have been asserted in this case by and between the parties, have been settled and agreed upon.

By agreement of the parties, and the Court being otherwise sufficiently advised, it is hereby **ORDERED** that this action is **DISMISSED WITH PREJUDICE** as to all claims that were asserted or could have been asserted herein as between the parties. Each party shall bear their own costs and attorney's fees.

*/s/ Joseph H. McKinley*
**Joseph H. McKinley, Jr., Chief Judge**
**United States District Court**

July 5, 2017

**Agreed to by:**

Charles E. Ticknor, III
DINSMORE & SHOHL LLP
191 West Nationwide Boulevard, Suite 300
Columbus, Ohio 43215
Telephone (614) 628-6880
Facsimile (614) 628-6890
*Pro hac vice Counsel for Plaintiff JP Morgan Chase Bank, National Association*

Anthony M. Zelli
DINSMORE & SHOHL LLP
101 South Fifth Street, Suite 2500
Louisville, Kentucky 40202
Telephone (502) 540-2336
Facsimile (502) 581-8111
*Counsel for Plaintiff JP Morgan Chase Bank, National Association*

Paul C. Downing
David G. Trout
TROUT DOWNING, LLC
134 N. LaSalle, Suite 1840
Chicago, Illinois 60602
Telephone (312) 334-9621
Facsimile (866) 884-9344
*Counsel for Defendants*

Natalee Gilmore Ferreri
Benjamin C. Fultz
Jennifer M. Stinnett
FULTZ, MADDOX, HOVIOUS & DICKENS PLC
101 S. Fifth Street, 27th Floor
Louisville, KY 40202
Telephone 502-588-5003
Facsimile 502-588-2020
*Counsel for Defendants*